UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **G&G CLOSED CIRCUIT EVENTS, LLC** | |
| **Plaintiff,** | |
| -against- | **20-CV-7490 (ALC)** |
| **ROBERT DURAN DE LA ROSA, d/b/a BERTI RESTAURANT and BERTI RESTAURANT & LOUNGE CORP.,** | **DEFAULT JUDGMENT** |
| **Defendants.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

On September 11, 2020 Plaintiff G&G Closed Circuit Events, LLC ("Plaintiff") filed a complaint against Defendants Robert Duran De La Rosa and Berti Restaurant & Lounge Corp. ("Defendants") (Compl., ECF No. 1.) Plaintiff served the Complaint on November 20, 2020, making Defendants' answer due December 30, 2020. (ECF Nos. 7, 8.) To date, Defendants have not answered or otherwise responded to the Complaint.

January 19, 2021, having obtained a clerk's certificate of default, Plaintiff filed a Motion for Default Judgment against Defendants. (ECF No. 16.) The Court issued an Order to Show Cause on January 20, 2021, directing Defendants to show cause in writing why a default judgment for failure to move or otherwise answer the Complaint should not be entered. (ECF No. 21.) The Order warned Defendants that failure to respond could be grounds for the Court granting default judgment against Defendants. (*Id.*) Defendants did not respond to the Court's Order.

Accordingly, having considered the Memorandum of Law and Affidavit of Nicholas J. Gagliardi, the Summons and Complaint previously filed in this action, and the Affidavits of

Service thereof, it is hereby **ORDERED** that judgment be entered in Plaintiff's favor against Defendants on all counts of Plaintiff's Complaint as to liability.

The Court has reviewed Plaintiff's request for damages in the amount of $170,000.00 plus prejudgment interest, but requires further information. (ECF No. 20.) Plaintiff is directed to file a supplemental later explaining the basis for its requested damages and attaching any relevant supporting documentation for the request by **March 10, 2023.**

**SO ORDERED.**

**Dated: March 2, 2023**
  New York, New York

　　　　　　　　　　　　　　　　　　ANDREW L. CARTER, JR.
　　　　　　　　　　　　　　　　　　**United States District Judge**