UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
G&G Closed Circuit Events, LLC,                         DEFAULT JUDGMENT

                           Plaintiff,
    - against -                              Case No.: 1:20-cv-07490-ALC

Robert Duran De La Rosa, individually and d/b/a
Berti Restaurant; and Berti Restaurant & Lounge Corp,
an unknown business entity d/b/a Berti Restaurant

                           Defendant(s).
-----------------------------------------------------------------X

      This action having been commenced on September 11, 2020 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Robert Duran De La Rosa, individually and d/b/a Berti Restaurant. Service was made by nail and mail and proof of service was therefore filed on December 15, 2020 [Doc. #8]; and Berti Restaurant & Lounge Corp, an unknown business entity d/b/a Berti Restaurant by serving Colleen Banahan, Office Assistant 2, NYS Dept. of State and proof of service was therefore filed on December 4, 2020 [Doc. #7] and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is hereby

      ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendants in the liquidated amount of $22,500 in statutory damages plus pre-and-post judgment interest.

_____.

Dated: New York, New York

      September 29, 2023

The Clerk of Court is respectfully requested to terminate this case.

SO ORDERED:

*Andrew L. Carter* (signature)

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE